# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:                                              Case No. 14-22960

     Doreen M Urbina
     Juan M Urbina Jr
          Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/20/2014.

2) The plan was confirmed on 11/10/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 11/21/2016.

6) Number of months from filing to last payment: 29.

7) Number of months case was pending: 31.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $7,003.15 |
| Less amount refunded to debtor | $449.91 |

**NET RECEIPTS:**  **$6,553.24**

---

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $264.89 |
| Other | $34.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**  **$3,298.89**

Attorney fees paid and disclosed by debtor:  $0.00

---

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALL KIDS & FAMILY CARE | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL | Unsecured | 1,468.82 | 0.00 | 1,145.03 | 152.39 | 0.00 |
| ALLY FINANCIAL | Secured | NA | 1,145.03 | NA | 0.00 | 0.00 |
| AMCA | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| AMERASSIST | Unsecured | 1,552.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN FINANCIAL CRE | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| ARM | Unsecured | 874.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 262.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility | Unsecured | NA | 379.70 | 379.70 | 31.49 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 3,972.00 | NA | NA | 0.00 | 0.00 |
| BONDED COLLECTION CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CACH | Unsecured | 2,991.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 2,434.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 461.00 | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Unsecured | 640.00 | NA | NA | 0.00 | 0.00 |
| CERTIFED SVC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SEERVICES INC | Unsecured | 484.70 | NA | NA | 0.00 | 0.00 |
| CHARTER ONE FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Unsecured | NA | NA | 327.54 | 15.72 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Secured | NA | 327.54 | 0.00 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,081.71 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 400.00 | 710.40 | 710.40 | 58.93 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | NA | 1,244.52 | 1,244.52 | 140.69 | 0.00 |
| CREDIT BUREAU CENTRE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 653.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANTS INC | Unsecured | 1,563.00 | NA | NA | 0.00 | 0.00 |
| DRS BANUCHI & BANUCHI SC | Unsecured | 344.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (09/01/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| EOS CCA | Unsecured | 476.00 | NA | NA | 0.00 | 0.00 |
| EOS CCA | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FAMILY DENTAL GROUP INC | Unsecured | 217.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS LLC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| GINNYS | Unsecured | 580.00 | NA | NA | 0.00 | 0.00 |
| GRANT & WEBER | Unsecured | 52.90 | NA | NA | 0.00 | 0.00 |
| HELLER & FRISONE | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| HERNANA REYES MD | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 467.28 | 467.28 | 34.92 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 342.35 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 1,007.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 531.37 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 531.37 | 531.37 | 34.25 | 0.00 |
| K JORDAN | Unsecured | NA | 280.93 | 280.93 | 15.80 | 0.00 |
| LVNV FUNDING | Unsecured | 823.00 | NA | NA | 0.00 | 0.00 |
| MASSEYS | Unsecured | NA | 131.34 | 131.34 | 0.00 | 0.00 |
| MEDICAL RECOVERY ASSOCIATES | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| METABANK/FINGERHUT | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| Miramedrg | Unsecured | 153.90 | NA | NA | 0.00 | 0.00 |
| NATIONAL ACTION FINANCIAL SVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NRI LABRATORIES | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| OUR LADY OF THE RESURRECTION | Unsecured | 395.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 742.99 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 1,400.00 | 2,322.93 | 2,322.93 | 273.37 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 428.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 766.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Secured | 2,705.06 | 2,705.06 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | NA | 723.88 | 723.88 | 60.05 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | NA | 2,826.10 | 2,826.10 | 332.59 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | NA | 7,189.00 | 9,894.06 | 1,205.53 | 0.00 |
| PREMIER BANK CARD | Unsecured | 295.76 | 873.88 | 873.88 | 87.56 | 0.00 |
| PREMIER BANK CARD | Unsecured | NA | 387.20 | 387.20 | 32.12 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 294.08 | 294.08 | 16.54 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 330.00 | 379.54 | 379.54 | 31.48 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 159.00 | 304.84 | 304.84 | 17.15 | 0.00 |
| RBS CITIZENS | Secured | 100,000.00 | 125,921.14 | 0.00 | 0.00 | 0.00 |
| RBS CITIZENS | Unsecured | 10,034.00 | NA | NA | 0.00 | 0.00 |
| RBS CITIZENS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| RBS CITIZENS | Secured | NA | 24,671.85 | 0.00 | 0.00 | 0.00 |
| RECEIVABLES PERFORMANCE | Unsecured | 342.00 | NA | NA | 0.00 | 0.00 |
| RESURRECTION HEALTH CARE | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| RUSHMORE SERVICE CENTER | Unsecured | 874.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 1,572.00 | 3,061.59 | 3,061.59 | 360.31 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| STATE FARM BANK | Secured | 21,495.00 | NA | NA | 0.00 | 0.00 |
| STATE FARM BANK | Unsecured | 21,495.00 | 24,564.66 | 24,564.66 | 0.00 | 0.00 |
| SUNRISE CREDIT SERVICES INC | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| SYED H ZAHEDI MD | Unsecured | 32.40 | NA | NA | 0.00 | 0.00 |
| SYSTEMS & SERVICES TECH INC | Unsecured | 3,030.00 | 2,863.71 | 2,863.71 | 337.02 | 0.00 |
| TARGET NATIONAL BANK | Unsecured | 580.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 593.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 120.93 | 120.93 | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 600.00 | 342.35 | 342.35 | 16.44 | 0.00 |
| UNIVERSAL FIDELITY CORP | Unsecured | 171.50 | NA | NA | 0.00 | 0.00 |
| VAN RU CREDIT CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE IMAGING PROFESSIONALS | Unsecured | 24.00 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 223.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| YOUTH FAMILY HEALTH ASSOC | Unsecured | 401.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$54,177.86** | **$3,254.35** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,298.89 |
| Disbursements to Creditors | $3,254.35 |
| **TOTAL DISBURSEMENTS :** | **$6,553.24** |

**UST Form 101-13-FR-S (09/01/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/09/2017                    By: /s/ Tom Vaughn
                                            _____
                                                        Trustee


**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**